IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA )
                         )   CRIMINAL ACTION NO.
    v.                   )       2:11cr191-MHT
                         )            (WO)
WILLIE CHARLES TOWNSEND  )

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today, and after an independent and de novo review of the record, it is ORDERED that defendant Willie Charles Townsend's motion for a reduction of sentence pursuant to 18 U.S.C.

§ 3582(c)(2) (doc. no. 529) is denied. Amendment 782 reduces defendant Townsend's guideline range to 97 to 121 months; however, under section 1B1.10 of the United States Sentencing Guidelines, no further reduction below that range is authorized. Because his original sentence was below the reduced range--96 months' imprisonment--Amendment 782 offers defendant no relief. In any case, as defendant has finished serving his 96-month sentence, and remains in prison on another offense, his motion is moot.

DONE, this the 26th day of November, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE